B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Nahalka, Vladimir** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Wysocka-Nahalka, Joanna** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**See Attachment** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-6548** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-9833** |
| Street Address of Debtor (No. and Street, City, and State):<br>**7037 Hiawatha**<br>**Chicago, IL**<br>ZIP Code **60646** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**7037 Hiawatha**<br>**Chicago, IL**<br>ZIP Code **60646** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                                                  Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Nahalka, Vladimir**<br>**Wysocka-Nahalka, Joanna** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| | *(To be completed if debtor is an individual whose debts are primarily consumer debts.)* |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>     Signature of Attorney for Debtor(s)              (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                              Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Nahalka, Vladimir** <br> **Wysocka-Nahalka, Joanna** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Vladimir Nahalka**
_____
Signature of Debtor   **Vladimir Nahalka**

**X** **/s/ Joanna Wysocka-Nahalka**
_____
Signature of Joint Debtor **Joanna Wysocka-Nahalka**

_____
Telephone Number (If not represented by attorney)

**September 10, 2008**
_____
Date

### Signature of Attorney*

**X** **/s/ Robert R. Benjamin**
_____
Signature of Attorney for Debtor(s)

**Robert R. Benjamin 0170429**
_____
Printed Name of Attorney for Debtor(s)

**Querrey & Harrow, Ltd.**
_____
Firm Name

**175 W. Jackson Boulevard, Suite 1600**
**Chicago, IL 60604**

_____
Address

**Email: rbenjamin@querrey.com**
**(312)540-7000  Fax: (312)540-0578**
_____
Telephone Number

**September 10, 2008**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re    **Vladimir Nahalka,**                                                    Case No. _____
     **Joanna Wysocka-Nahalka**
_____ ,
Debtors

# FORM 1. VOLUNTARY PETITION

## <u>Other Names Attachment</u>

All Other Names used by Debtor in the last 8 years:

| 1. | DBA | Windy City Iron Works, Inc. |
| 2. | DBA | V & M Homes at the Palms, Inc |
| 3. | DBA | LMC3 LLC |
| 4. | DBA | 653 Barry Partners |
| 5. | DBA | South Prairie Partners, LLC |
| 6. | DBA | 4239 Vincennes Partners LLC |
| 7. | DBA | Heritage 228 MR, LLC |
| 8. | DBA | V & M Homes, LLC |
| 9. | DBA | Mitchell 10 MR LLC |
| 10. | DBA | V & M Homes at Heritage INc. |

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Vladimir Nahalka**
      **Joanna Wysocka-Nahalka**                       Case No. _____

                                  Debtor(s)              Chapter    **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Vladimir Nahalka**
                            **Vladimir Nahalka**

Date:  **September 10, 2008**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re     **Vladimir Nahalka,**
      **Joanna Wysocka-Nahalka**

Case No. _____

Chapter _____ **7**

Debtors

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 404,000.00 | | |
| B - Personal Property | Yes | 4 | 2,384.12 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 2,136,533.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 87,475.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 23 | | 21,394,572.94 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 7 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 500.00 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 2,623.00 |
| Total Number of Sheets of ALL Schedules | | 43 | | | |
| | | Total Assets | 406,384.12 | | |
| | | | Total Liabilities | 23,618,580.94 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Vladimir Nahalka,**
       **Joanna Wysocka-Nahalka**                                  ,     Case No. _____

                                           Debtors     Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

In re  **Vladimir Nahalka,**
       **Joanna Wysocka-Nahalka**                          Case No. _____

_____,
                         Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **single family frame**<br>**7037 Hiawatha**<br>**Chicago, IL 60646** | **Jt. Tenancy** | **J** | **400,000.00** | **2,134,000.00** |
| **Time Share**<br>**Oyster Bay Beach Report** | **Jt. Tenancy** | **J** | **4,000.00** | **1,253.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **404,000.00** | (Total of this page) |
| Total > | **404,000.00** |  |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07)

.

In re  **Vladimir Nahalka,**
     **Joanna Wysocka-Nahalka**
                                   ,
                         Debtors

Case No. _____

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **National City**     **checking (...6123)** | H | 115.48 |
| | | | **Bank America**     **checking (...6658)** | J | 0.00 |
| | | |     **Money Market (...4394)** | J | 28.64 |
| | | | **MB Financial**     **checking (..6082)** | W | 40.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **household goods and furnishings** | J | 2,000.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **wearing apparel** | J | 200.00 |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

                                                        Sub-Total >       **2,384.12**
                                             (Total of this page)

  **3**    continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Vladimir Nahalka,**                                                                Case No. _____

**Joanna Wysocka-Nahalka**
_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 100% Windy City Iron Works, Inc. | H | 0.00 |
| | | 50% V&M Homes, LLC | J | 0.00 |
| | | 50% 653 Barry Partners | J | 0.00 |
| | | 42 1/2% V & M Homes at the Palms, Inc. | J | 0.00 |
| | | 33 1/3 LMC3, LLC | J | 0.00 |
| | | 33 1/3 South Prairie Partners, LLC | J | 0.00 |
| | | 50% 4339 Vincencess Partners | J | 0.00 |
| | | 33 13/% Heritage L8MR, LLC | J | 0.00 |
| | | 25% Mitchel 10MR LLC | J | 0.00 |
| | | 33 1/3% V &M Homes at Heritage, Inc. | J | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >                0.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Vladimir Nahalka,**                                          Case No. _____

      **Joanna Wysocka-Nahalka**

_____,

                   Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

Sub-Total >                    **0.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

**B6B (Official Form 6B) (12/07) - Cont.**

In re    **Vladimir Nahalka,**                                    Case No. _____

       **Joanna Wysocka-Nahalka**
_____,
                             Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **2,384.12** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re   **Vladimir Nahalka,**                                                    Case No. _____
         **Joanna Wysocka-Nahalka**
_____,
                              Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **single family frame** | **735 ILCS 5/12-901** | **30,000.00** | **400,000.00** |
| **7037 Hiawatha** | | | |
| **Chicago, IL 60646** | | | |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **National City** | **735 ILCS 5/12-1001(b)** | **115.48** | **115.48** |
| **checking (...6123)** | | | |
| **Money Market (...4394)** | **735 ILCS 5/12-1001(b)** | **28.64** | **28.64** |
| **MB Financial** | **735 ILCS 5/12-1001(b)** | **40.00** | **40.00** |
| **checking (..6082)** | | | |
| | | | |
| **Household Goods and Furnishings** | | | |
| **household goods and furnishings** | **735 ILCS 5/12-1001(b)** | **2,000.00** | **2,000.00** |
| | | | |
| **Wearing Apparel** | | | |
| **wearing apparel** | **735 ILCS 5/12-1001(a)** | **200.00** | **200.00** |

|  | Total: | **32,384.12** | **402,384.12** |
|---|---|---|---|

  **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                           Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **Vladimir Nahalka,**  
    **Joanna Wysocka-Nahalka**                                                                    Case No. _____

_____,
                                          Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Bridgeview Bank Group**<br>**7940 S. Harlem Ave.**<br>**Bridgeview, IL 60456** | | J | **guarantor of 653 Barry Partners, LLC obligation with 2nd Mortgage on 7037 Hiawatha, Chicago, IL**<br><br>Value $              0.00 | | | | 557,333.00 | 557,333.00 |
| Account No.<br><br>**Citizens Bank & Trust**<br>**c/o Belongia & Shapiro LLP**<br>**53 W. Jackson Blvd., Suite 315**<br>**Chicago, IL 60604** | X | J | **7037 N. Hiawatha property encumbered as additional collateral for commercial construction loans**<br><br>Value $              0.00 | X | X | | 1,246,917.00 | 1,246,917.00 |
| Account No. 0600848822<br><br>**GMAC Mortgage**<br>**3451 Hammond Ave.**<br>**PO Box 780**<br>**Waterloo, IA 50704** | | J | **first mortgage on**<br>**7037 Hiawatha**<br>**Chicago, IL**<br><br>Value $      350,000.00 | | | | 152,000.00 | 0.00 |
| Account No. 092 7402728005<br><br>**LaSalle National Bank**<br>**Dept. 8700**<br>**135 S. LaSalle St.**<br>**Chicago, IL 60674** | | J | **2nd Mortgage on**<br>**7037 Hiawatha**<br>**Chicago, IL**<br><br>Value $              0.00 | | | | 179,000.00 | 0.00 |
| __1__ continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 2,135,250.00 | 1,804,250.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                          Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **Vladimir Nahalka,**
      **Joanna Wysocka-Nahalka**

                                                                Case No. _____

_____ ,
                              Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **09260803701** | | | | | **timeshare** | | | | | |
| **Pearl Development, NV Concord Servicing Corp PO Box 29352 Phoenix, AZ 85038** | | J | | | | | | | | |
| | | | | | Value $         **4,000.00** | | | | **1,283.00** | **0.00** |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet **1**___ of **1**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **1,283.00** | **0.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **2,136,533.00** | **1,804,250.00** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re   **Vladimir Nahalka,**                                                    Case No. _____
        **Joanna Wysocka-Nahalka**
_____ ,
                                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

   A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

   The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

   Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

   Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

   Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____   continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re **Vladimir Nahalka,**
    **Joanna Wysocka-Nahalka**
                                           ,
                                    Debtors
Case No. _____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | | |
| Account No. | | | | guarantor of corporate obligation | | | | | | |
| **Arizona Department of Revenue** **1600 West Monroe** **Phoenix, AZ 85007** | X | J | | | | | | | 0.00 | |
| | | | | | | | | 35,000.00 | | 35,000.00 |
| Account No. | | | | city sales tax | | | | | | |
| **City of Phoenix** **200 W. Washington** **Phoenix, AZ 85003** | X | J | | | | | | | 0.00 | |
| | | | | | | | | 50,479.56 | | 50,479.56 |
| Account No. **10-32-116-026-0000** | | | | 2007 first installment | | | | | | |
| **Cook County Treasurer** **P.O. Box 4468** **Carol Stream, IL 60197-4468** | | J | | | | | | | 0.00 | |
| | | | | | | | | 1,995.44 | | 1,995.44 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |

| | | | |
|---|---|---|---|
| Sheet __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 0.00 | |
| | | 87,475.00 | 87,475.00 |
| | Total (Report on Summary of Schedules) | 0.00 | |
| | | 87,475.00 | 87,475.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07)

In re   **Vladimir Nahalka,**                                      Case No. _____
        **Joanna Wysocka-Nahalka**
                                                        ,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **651 Barry Condo Association** <br> **651 Barry** <br> **Chicago, IL 60614** | X | H | **disputed contingent corporate obligation property damages** | X | X | X | 15,000.00 |
| Account No. <br><br> **653 Barry Condo Association** <br> **653 Barry** <br> **Chicago, IL 60614** | X | H | **disputed contingent corporate obligation ($1,000.00 estimate)** | X | X | X | 1,000.00 |
| Account No. 061-2-0000633028 <br><br> **Advanced Radiology Consultants** <br> **520 E. 22nd ST.** <br> **Lombard, IL 60148** |  | W | medical services |  |  |  | 16.60 |
| Account No. 324062702 <br><br> **Advocate Lutheran** <br> **c/o Harris & Harris** <br> **600 W. Jackson, Suite 400** <br> **Chicago, IL 60661** |  | W | medical services |  |  |  | 357.50 |

__22__  continuation sheets attached

Subtotal
(Total of this page) ................ 16,374.10

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                           S/N:33609-080603   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Vladimir Nahalka,**                                                    Case No. _____
    **Joanna Wysocka-Nahalka**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. | | | disputed contingent corpoate obligation | | | | |
| **Al Jones 4933 S. Prairie #4 Chicago, IL 60647** | X | H | | X | X | X | 1,000.00 |
| Account No. | | | disputed contingent corporate obligation | | | | |
| **Alaina Rinne 622 E. Dekalb Lane Phoenix, AZ 85040** | | H | | X | | X | 2,500.00 |
| Account No. | | | contingent corporate obligation | | | | |
| **All-Pro Fence Co., Inc. 1055 S. Center St. Mesa, AZ 85210** | X | H | | X | | | 1,500.00 |
| Account No. | | | disputed contingent corporate obligation | | | | |
| **Alpha Security PO Box 341 Cortaro, AZ 85652** | X | H | | X | | X | 11,564.00 |
| Account No. | | | guarantory of loan obligation | | | | |
| **American Eagle Bank 556 Randall Rd. South Elgin, IL 60177** | X | J | | | | | 235,000.00 |

Sheet no. __1__ of __22__ sheets attached to Schedule of          Subtotal          251,564.00
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Vladimir Nahalka,**
       **Joanna Wysocka-Nahalka**
_____,
                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **3732-760276-94004** | | | | **goods and services for business** | | | | |
| **American Express** P.O. Box 360002 Ft. Lauderdale, FL 33336 | X | H | | | X | | | 16,080.61 |
| Account No. **3715-438964-42001** | | | | **goods and services** | | | | |
| **American Express** P.O. Box 360002 Ft. Lauderdale, FL 33336-0002 | | | J | | | | | 3,574.04 |
| Account No. | | | | **guaranty of corpoarte loan** | | | | |
| **Amerifirst Financial, Inc.** 1550 E. Baseline Rd. Suite 117 Mesa, AZ 85203 | X | H | | | X | | | 125,000.00 |
| Account No. **5458-0016-3742-0286** | | | | **goods and services** | | | | |
| **Ameriquest** PO Box 21460 Tulsa, OK 74121-1460 | | | W | | | | | 3,442.04 |
| Account No. | | | | **disputed contingent corporate obligation** | | | | |
| **Architectural Iron Workers Union** Local No. 63 Welfare Plan 2525 W. Lexingon Broadview, IL 60155 | X | H | | | X | | X | 10,063.02 |

Sheet no. __**2**___ of __**22**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

158,159.71

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Vladimir Nahalka,**                                    Case No. _____
         **Joanna Wysocka-Nahalka**
_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Arizona Whole Sale Supply Co.**<br>**2020 E. University**<br>**Phoenix, AZ 85034** | X | H | contingent corporate obligation | X | | | 7,000.00 |
| Account No. **1609P-0000114417**<br><br>**Athletico Ltd.**<br>**Attn Collections**<br>**625 Enterprise Dr.**<br>**Oak Brook, IL 60523** | | W | goods purchased | | | | 755.80 |
| Account No. **1609P-0000114417**<br><br>**Athletico Ltd.**<br>**Attn. Collections**<br>**625 Enterprise Dr.**<br>**Oak Brook, IL 60523** | | W | | | | | 755.80 |
| Account No.<br><br>**Bank of America**<br>**1961 West Baseline Rd.**<br>**Tempe, AZ 85282** | X | H | contingent corporate obligation | X | | | 10,000.00 |
| Account No. **xxx6658**<br><br>**Bank of America**<br>**P.O. Box 650260**<br>**Dallas, TX 75265** | | J | overdraft of checking account ending ...6658 | | | | 600.00 |

Sheet no. __3__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **19,111.60**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Vladimir Nahalka,**                                                    Case No. _____
        **Joanna Wysocka-Nahalka**
                                                                          ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**BDA Arizona Investment** <br>**2222 N. Elston Ave.** <br>**Chicago, IL 60614** | X | H | contingent corporate obligation | | | | 1,230,000.00 |
| Account No. **411721-16-551910-3** <br><br>**Beneficial Finance** <br>**PO Box 17574** <br>**Baltimore, MD 21297** | | J | goods and services | | | | 2,182.10 |
| Account No. <br><br>**Berens, Kozub, Kloberdanz, Ltd.** <br>**7047 E. Greenway Pkway.** <br>**Suite 140** <br>**Scottsdale, AZ 85254** | X | H | contingent corporate obligation | X | | | 60,000.00 |
| Account No. **7021-2712-8208-8183** <br><br>**Best Buy Retail Services** <br>**PO Box 17298** <br>**Baltimore, MD 21297-1298** | | H | goods purchased | | | | 1,825.65 |
| Account No. <br><br>**Black Diamond Pipe and Tube, Inc.** <br>**PO Box 113** <br>**Monee, IL 60449-0113** | X | J | contingent corporate obligation | X | | | 5,254.48 |

Sheet no. __4__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                  1,299,262.23
(Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Vladimir Nahalka,**
      **Joanna Wysocka-Nahalka**
                                                                    Case No. _____
_____ ,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | deficiency after return of 2005 BMW X3 | | | | |
| BMW Financial Services PO Box 3608 Dublin, OH 43016 | | H | | | | | 4,151.00 |
| Account No. | | | contingent corporate obligation | | | | |
| Boehme Plumbing 408 S. Hamlton Ct. Gilbert, AZ 85233 | X | H | | X | | | 50,000.00 |
| Account No. | | | contingent corporate obligation | | | | |
| Bridgeview Bank 1970 N. Halsted St. Chicago, IL 60614 | X | H | | | | | 65,000.00 |
| Account No. | | | contingent corporate obligation | | | | |
| Broderick Teaming Company 3927 South Halsted Steet Chicago, IL 60609 | X | J | | X | | | 5,855.25 |
| Account No. | | | contingent corporate obligation | | | | |
| Burnham Ltd. 111 W. Washington Chicago, IL 60614 | X | H | | | | | 485.00 |

Sheet no. __5___ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**125,491.25**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Vladimir Nahalka,**
  **Joanna Wysocka-Nahalka**

Case No. _____

_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Carbit Paint Co. <br> 927 West Blackhawk Street <br> Chicago, IL 60622-2519 | X | J | contingent corporate obligation | X | | | 808.79 |
| Account No. 1-8351-0801 <br><br> Carson Pirie Scott <br> PO Box 17264 <br> Baltimore, MD 21297-1264 | | J | goods purchased | | | | 87.75 |
| Account No. CG3640 <br><br> Center of Balance PC <br> 6445 N. Central Ave., Fl. 1 <br> Chicago, IL 60646 | | W | medical services | | | | 262.50 |
| Account No. 5431-4301-1339-1848 <br><br> Chase <br> Cardmember Service <br> PO Box 15153 <br> Wilmington, DE 19886-5153 | | W | goods and services | | | | 285.25 |
| Account No. 4388-5752-5472-0118 <br><br> Chase Manhattan <br> PO Box 1335 <br> Buffalo, NY 14240 | | W | see United Mileage Plus | | | | 0.00 |

Sheet no. __6__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,444.29

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Vladimir Nahalka,**
     **Joanna Wysocka-Nahalka**
                                         Case No. _____
                                                   ,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Chicago Abrasive Co.**<br>**1130 S. Michigan Ave., #2815**<br>**Chicago, IL 60605** | X | J | contingent corporate obligation | X | | | 2,110.35 |
| Account No. **07 M1 217907**<br><br>**CitiFinancial**<br>**c/o Richard A. Snow, Atty. at Law**<br>**123 W. Madison St., Suite 310**<br>**Chicago, IL 60602** | | W | breach of contract | | | | 16,833.27 |
| Account No. **67130031-0378885**<br><br>**CitiFinancial**<br>**6500 Irving Park Road, #H**<br>**Chicago, IL 60634-2454** | | J | goods and services | | | | 306.06 |
| Account No.<br><br>**Citizens Bank & Trust**<br>**c/o Belongia & Shapiro LLP**<br>**53 W. Jackson Blvd., Suite 315**<br>**Chicago, IL 60604** | X | J | disputed guaranty of South Prairie Partners | | X | X | 1,246,917.00 |
| Account No.<br><br>**City Wide Contracting, LLC**<br>**813 E. Buckeye Rd.**<br>**Phoenix, AZ 85034** | X | H | disputed contingent corporate obligation | X | X | X | 50,000.00 |

Sheet no. __7___ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                     Subtotal
                            (Total of this page)     **1,316,166.68**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Vladimir Nahalka,**                                                       Case No. _____
        **Joanna Wysocka-Nahalka**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Cresent City Iron Suppy, Inc.** <br> **2033 North 17th Avenue** <br> **Melrose Park, IL 60160** | X | J | contingent corporate obligation | X | | | 3,521.50 |
| Account No. <br><br> **Crown Steel Sales, Inc.** <br> **3355 West 31st** <br> **Chicago, IL 60623-5080** | X | J | contingent corporate obligation | X | | | 15,427.06 |
| Account No. <br><br> **D&M Engineering** <br> **1833 W. Main St., Suite 141** <br> **Mesa, AZ 85201** | | H | disputed corporate obligation | | X | X | 20,000.00 |
| Account No. <br><br> **David Quals** <br> **3229 N. Woodburne Drive** <br> **Chandler, AZ 85224** | X | H | contingent corporate obligation | | | | 4,000.00 |
| Account No. **(need full number) ..0083** <br><br> **Discover Card** <br> **PO Box 30395** <br> **Salt Lake City, UT 84130-0395** | | H | goods and services | | | | 3,034.83 |

Sheet no. __8___ of __22__ sheets attached to Schedule of          Subtotal
Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)          45,983.39

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Vladimir Nahalka,**
      **Joanna Wysocka-Nahalka**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **...9040** | | | | goods and services | | | | |
| **Discover Card** **PO Box 30395** **Salt Lake City, UT 84130-0395** | | W | | | | | | |
| | | | | | | | | 6,161.14 |
| Account No. | | | | contingent corporate obligation | | | | |
| **Eberl Iron Works** **128 Sycamore Street** **Buffalo, NY 14204-1492** | X | J | | | X | | | |
| | | | | | | | | 5,076.00 |
| Account No. | | | | disputed Alleged Breach of Contract | | | | |
| **Emil Ebert and Katarina Ebert** **10610 S. 48th Street, #2065** **Phoenix, AZ 85044** | X | H | | | | X | X | |
| | | | | | | | | 60,000.00 |
| Account No. | | | | contingent corporate obligation | | | | |
| **Fenway Wire Cloth, Inc.** **PO Box 313** **High Ridge, MO 63049** | X | J | | | X | | | |
| | | | | | | | | 5,955.36 |
| Account No. | | | | contingent corporate obligation | | | | |
| **Foxworth-Galbraith Lumber Co.** **PO Box 4085** **Mesa, AZ 85211** | | H | | | X | | | |
| | | | | | | | | 6,048.98 |

Sheet no. __**9**__ of __**22**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

83,241.48

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Vladimir Nahalka,**
       **Joanna Wysocka-Nahalka**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Gatwood Crane Service, Inc.**<br>**2345 East Hamilton Rd.**<br>**Arlington Heights, IL 60005** | X | J | contingent corporate obligation | X | | | 9,800.00 |
| Account No.<br><br>**Griffin Bros.**<br>**PO Box 1521**<br>**Mesa, AZ 85211** | X | H | disputed, unliquidated contingent corporate obligation | X | X | X | 50,000.00 |
| Account No.<br><br>**Hessville Cable and Sling Co.**<br>**1601 Cline Ave.**<br>**Gary, IN 46406** | X | J | contingent corporate obligation | X | | | 4,274.01 |
| Account No. **412224-13-244576-6**<br><br>**HFC**<br>**PO Box 17574**<br>**Baltimore, MD 21297-1574** | | W | goods purchased | | | | 13,859.43 |
| Account No.<br><br>**Home Depot, Tempe AZ**<br>**1330 W. Baseline Rd.**<br>**Tempe, AZ 85283** | X | H | goods  and services | | | | 6,000.00 |

Sheet no. __**10**__ of __**22**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

83,933.44

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Vladimir Nahalka,**      Case No. _____
      **Joanna Wysocka-Nahalka**
                                                                    ,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **7021271282088183** | | | | loan | | | | |
| **HSBC Bank Nevada Corporate Recievables Inc. PO Box 32995 Phoenix, AZ 85064** | H | | | | | | | 1,902.09 |
| Account No. **5458-0016-3742-0286** | | | | goods and services | | | | |
| **HSBC Card Service PO Box 17313 Baltimore, MD 21297-1313** | W | | | | | | | 3,825.08 |
| Account No. **5176-6900-1773-3275** | | | | goods and services | | | | |
| **HSBC Card Services PO Box 17051 Baltimore, MD 21297-1051** | H | | | | | | | 453.88 |
| Account No. **P624988** | | | | medical services | | | | |
| **IL Bone and Joint Institute 5057 Paysphere Circle Chicago, IL 60674** | W | | | | | | | 488.70 |
| Account No. | | | | | | | | |
| **Jeffrey Singer 1927 N. Winchester Chicago, IL 60622** | J | | | | | | | 300,000.00 |

Sheet no. **11** of **22** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       306,669.75

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                            Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Vladimir Nahalka,**                                    Case No. _____
      **Joanna Wysocka-Nahalka**
                                                    ,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | guarantor of corporate obligation | | | | |
| **JMK Investments Ltd.** **630 Trade Center Drive** **Las Vegas, NV 89119** | | H | | X | | | 500,000.00 |
| Account No. | | | contingent corporate obligation | | | | |
| **Jonathan Splitt Architects, LTD** **4001 N. Ravenswood Ave., Suite 601** **Chicago, IL 60613-2576** | X | J | | X | | | 2,745.00 |
| Account No. | | | contingent corporate obligation | | | | |
| **Joseph T. Ryerson & Son, Inc.** **33959 Treasury Center** **Chicago, IL 60694-3900** | X | J | | X | | | 1,301.85 |
| Account No. | | | architectural services | | | | |
| **JSA Architects** **4001 N. Ravenswood** **Chicago, IL 60613** | X | H | | | | | 1,900.00 |
| Account No. | | | contingent disputed corporate obligation | | | | |
| **Keith Griffin, Inc.** **c/o Davis Miles PLLC** **560 W. Brown Rd., Third Floor** **Mesa, AZ 85211** | X | J | | X | | X | 42,010.00 |

Sheet no. __12__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            547,956.85

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Vladimir Nahalka,**
       **Joanna Wysocka-Nahalka**                                    Case No. _____

_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Kutlesa & Hernandez Architects**<br>**1601 S. State St.**<br>**Chicago, IL 60616** | | H | contingent corporate obligation | X | | | 15,000.00 |
| Account No.<br><br>**Livingstone Pipe and Tube, Inc.**<br>**PO Box 300**<br>**Staunton, IL 62088** | X | J | contingent corporate obligation | X | | | 1,697.70 |
| Account No.<br><br>**M&T Bank**<br>**5416 E. Baseline Rd. Suite 137**<br>**Mesa, AZ 85206** | X | J | guaranty of corporate loan | X | | | 2,500,000.00 |
| Account No.<br><br>**M&T Mortgage Corp.**<br>**Arizona Region**<br>**5416 E. Baseline Road, Suite 137**<br>**Mesa, AZ 85206** | X | H | disputed contingent coroporate obligation see above for claim amount | | | | 0.00 |
| Account No.<br><br>**Marek Radieszewski**<br>**324 S. Chester Ave.**<br>**Park Ridge, IL 60068** | X | J | disputed contingent corporate obligation | X | X | X | Unknown |

Sheet no. __13__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,516,697.70

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Vladimir Nahalka,**
    **Joanna Wysocka-Nahalka**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | NSF corporate check | | | | |
| **Maricopa County Check Enforcement Program 100 West Washington St., Suite 2000 Phoenix, AZ 85003** | X | H | | | | | | 1,796.00 |
| Account No. **220660** | | | | contingent corporate obligation | | | | |
| **MB Financial Bank, NA 936 N. Western Ave. Chicago, IL 60622** | | H | | | | X | | 70,050.94 |
| Account No. | | | | contingent corporate obligation | | | | |
| **McNichols Co. PO Box 101211 Atlanta, GA 30392-1211** | | J | | | | X | | 2,003.22 |
| Account No. | | | | contingent corporate obligation | | | | |
| **McNichols Company PO Box 30300 Tampa, FL 33630** | | H | | | | | | 2,067.84 |
| Account No. | | | | disputed guarantor of commercial loan | | | | |
| **Meridian Bank, NA c/o Quarles & Brady LLP Renaissance One - 2 N. Central Ave. Phoenix, AZ 85004** | X | J | | | | X | X | 1,628,751.00 |

Sheet no. __14__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,704,669.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Vladimir Nahalka,**
       **Joanna Wysocka-Nahalka**                                          ,      Case No. _____

                                                      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Meridian Bank, NA** <br> **c/o Quarles & Brady LLP** <br> **Renaissance One - 2 N. Central Ave.** <br> **Phoenix, AZ 85004** | X | J | disputed guarantor of commercial loan | | X | X | <br><br><br>3,705,792.00 |
| Account No. <br><br> **Mountain West Mortgage** <br> **630 Trade Center Drive** <br> **Las Vegas, NV 89119** | X | J | guarantor of corporate obligation | X | | | <br><br><br>2,500,000.00 |
| Account No. <br><br> **NES Rentals** <br> **PO Box 8500-1226** <br> **Philadelphia, PA 19178-1226** | X | J | contingent corporate obligation | X | | | <br><br><br>1,807.05 |
| Account No. **149326769** <br><br> **Nordstrom Bank FSB Colorado Sv. Ctr** <br> **PO Box 6566** <br> **Englewood, CO 80155-6566** | | W | goods purchased | | | | <br><br><br>603.97 |
| Account No. **8148244** <br><br> **Northwestern Medical Faulty Found.** <br> **c/o ISC** <br> **PO Box 1010** <br> **Tinley Park, IL 60477-9110** | | W | medical services | | | | <br><br><br>151.92 |

Sheet no. _**15**_ of _**22**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                               Subtotal           **6,208,354.94**
                            (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037
           Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Vladimir Nahalka,**
    **Joanna Wysocka-Nahalka**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **000094919156-001**<br><br>**Northwestern Memorial Hospital**<br>**PO Box 73690**<br>**Chicago, IL 60673-7690** | | W | medical services | | | | 250.28 |
| Account No. **6018596035014574**<br><br>**Old Navy**<br>**PO Box 530942**<br>**Atlanta, GA 30353-0942** | | W | goods purchased | | | | 303.51 |
| Account No.<br><br>**Peggy Driscoll and Family**<br>**c/o James F. Byrne - Byrne & Shaw**<br>**2111 e. Highland Ave.**<br>**Phoenix, AZ 85016** | X | H | contingent corporate obligation | | | | 300,000.00 |
| Account No.<br><br>**Performance Capital**<br>**3131 Camelback Rd., Suite 211**<br>**Phoenix, AZ 85016** | X | J | guaranty of loan ($400,000.00 estimate) | | | | 400,000.00 |
| Account No.<br><br>**PSI Engineering**<br>**2720 S. Hardy Drive, Suite 4**<br>**Tempe, AZ 85282** | X | H | contingent corporate obligation | X | | | Unknown |

Sheet no. __16__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**700,553.79**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Vladimir Nahalka,**
      **Joanna Wysocka-Nahalka**                                                     Case No. _____

_____,
                                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | guarantor of corporate obligation | | | | |
| **Puget Sound Leasing, Inc.** c/o Schweet, Rieke & Linde PLLC 2955 - 80th Ave. SE, Suite 120 Mercer Island, WA 98040 | | H | | | | | 15,700.00 |
| Account No. | | | contingent corporate obligation | | | | |
| **RBR Development Services** 11340 E. Monte Ave. Mesa, AZ 85212 | X | H | | X | | | 35,000.00 |
| Account No. | | | contingent corporate obligation | | | | |
| **Roll and Roll Metal Fabricators** 4800 South Hoyne Chicago, IL 60609 | X | J | | X | | | 2,964.00 |
| Account No. | | | contingent corporate obligation ($400,000.00) | | | | |
| **RW Harris Contracting** (Richard Harris) 953 S. Cardinal St. Gilbert, AZ 85296 | X | H | | X | | | 400,000.00 |
| Account No. | | | contingent corporate obligation | | | | |
| **Sandoval Fences Corp.** 1814 N. Latrobe Chicago, IL 60639 | | H | | X | | | 7,871.72 |

Sheet no. __17__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        461,535.72

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Vladimir Nahalka,**
       **Joanna Wysocka-Nahalka**
                                                                    Case No. _____
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | contingent corporate obligation | | | | |
| Sandoval Fences Iron Work 1814 N. Latrobe Chicago, IL 60639 | X | J | | | X | | | 7,317.72 |
| Account No. 5121-0750-0426-1975 | | | | goods and services | | | | |
| Sears PO Box 183082 Columbus, OH 43218-3082 | | W | | | | | | 3,283.22 |
| Account No. | | | | contingent corporate obligation | | | | |
| Sherwin Williams Co. 1150 West Jackson Blvd. Chicago, IL 60607-2906 | X | J | | | X | | | 1,723.50 |
| Account No. | | | | contingent corporate obligation ($50,000.00 estimate) | | | | |
| Sirocco West, Inc. 8552 N. Dysart Rd. El Mirage, AZ 85335 | X | H | | | X | | | 50,000.00 |
| Account No. | | | | contingent corporate obligation | | | | |
| Specialized Surfacing Utility Paving & Construction LLC 21257 N. Black Canyon Hwy. Tucson, AZ 85743 | X | H | | | X | | | 35,000.00 |

Sheet no. __18__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**97,324.44**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Vladimir Nahalka,**
    **Joanna Wysocka-Nahalka**
                           Case No. _____
                                      ,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | contingent corporate obligation | | | | |
| **Specified Plating Company** **PO Box 123** **Des Plaines, IL 60016-2906** | X | J | | X | | | 990.00 |
| Account No. | | | disputed contingent corporate obligation ($10,000.00 estimate) | | | | |
| **Standage & Associates, Ltd.** **409 S. El Dorado** **Mesa, AZ 85202** | X | H | | X | X | X | 10,000.00 |
| Account No. | | | contingent corporate obligation | | | | |
| **Steel Sales and Services Inc.** **4407 Railroad Avenue** **East Chicago, IN 46312** | X | J | | X | | | 15,983.17 |
| Account No. | | | contingent corporate obligation | | | | |
| **Stevenson Crane Service** **410 Stevenson Drive** **Bolingbrook, IL 60440** | X | J | | X | | | 1,331.20 |
| Account No. | | | Structural Iron Workers Local Union No. 1 Pension Trust Fund and Steve M. Bukovan Adm. of the Fund Disbursement Office disputed contingent corporate obligation | | | | |
| **Structural Iron Workers Local Union** **c/o Hogan Marran** **180 N. Wacker Drive, Suite 600** **Chicago, IL 60606** | | H | | X | | X | 39,447.00 |

Sheet no. __19__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

           Subtotal
     (Total of this page)     **67,751.37**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Vladimir Nahalka,**
       **Joanna Wysocka-Nahalka**

Case No. _____

_____,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Superior Masonry**<br>**PO Box 55150**<br>**Tucson, AZ 85743** | X | H | disputed contingent corporate obligation | X | | X | 10,000.00 |
| Account No. **9-362-055-351**<br><br>**Target National Bank**<br>**P.O. Box 59317**<br>**Minneapolis, MN 55459** | | J | goods purchased | | | | 490.20 |
| Account No.<br><br>**Tomas Kleveta**<br>**5430 N. Neva**<br>**Chicago, IL 60656** | X | H | contribution claims | | | | 50,000.00 |
| Account No. **4388-5752-5472-0118**<br><br>**United Mileage Plus**<br>**PO Box 15298**<br>**Wilmington, DE 19850-5298** | | W | goods and services | | | | 8,321.96 |
| Account No.<br><br>**United Rentals**<br>**225 South Fairbanks Street**<br>**Addison, IL 60101-3121** | X | J | contingent corporate obligation | X | | | 984.91 |

Sheet no. __20__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

69,797.07

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Vladimir Nahalka,**          Case No. _____
       **Joanna Wysocka-Nahalka**
                                                        ,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Vestin Fund III, LLC**<br>**c/o Craig D. Burr, Esq.**<br>**2600 Paseo Verde Pkwy, Suite 150**<br>**Henderson, NV 89014** | X | J | **see Vestin Realty Mortgage I, Inc.** | | X | | **0.00** |
| Account No. <br><br>**Vestin Realty Mortgage I, Inc.**<br>**c/o Craig D. Burr, Esq.**<br>**2600 Paseo Verde Pkwy, Suite 150**<br>**Henderson, NV 89014** | X | J | **disputed  guarantor of comemercial loan** | | X | X | **5,302,559.00** |
| Account No. <br><br>**Vestin Realty Mortgage II, Inc.**<br>**c/o Craig D. Burr, Esq.**<br>**2600 Paseo Verde Pkwy, Suite 150**<br>**Henderson, NV 89014** | X | J | **See Vestin Realty Mortgage I, Inc.**<br>**See above** | | X | X | **0.00** |
| Account No. **20433** <br><br>**Villanueva & Company**<br>**3707 North 7th Street, Suite 125**<br>**Phoenix, AZ 85014** | | J | **contingent corporate obligation** | X | | | **4,260.00** |
| Account No. <br><br>**W.W. Grainger**<br>**2221 N. Elston Ave.**<br>**Chicago, IL 60614** | X | J | **contingent corporate obligation** | X | | | **1,368.00** |

Sheet no. __**21**__ of __**22**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **5,308,187.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Vladimir Nahalka,**                                              Case No. _____
         **Joanna Wysocka-Nahalka**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **4465-6909-0069-7911** | | | | **goods and services** | | | | |
| **Washingon Mutual** **PO Box 660487** **Dallas, TX 75266-0487** | | H | | | | | | **4,343.14** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| | | | |
|---|---|---|---|
| Sheet no. __22__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | | **4,343.14** |
| | Total (Report on Summary of Schedules) | | **21,394,572.94** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **Vladimir Nahalka,**                                          Case No. _____
         **Joanna Wysocka-Nahalka**
_____,
                                    Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re   **Vladimir Nahalka,**                                    Case No. _____
      **Joanna Wysocka-Nahalka**
_____,
Debtors

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **653 Barry Partners LLC** | **653 Barry Condo Association**<br>**653 Barry**<br>**Chicago, IL 60614** |
| **653 Barry Partners LLC** | **Burnham Ltd.**<br>**111 W. Washington**<br>**Chicago, IL 60614** |
| **653 Barry Partners LLC** | **651 Barry Condo Association**<br>**651 Barry**<br>**Chicago, IL 60614** |
| **653 Barry Partnerss LLC** | **Bridgeview Bank**<br>**1970 N. Halsted St.**<br>**Chicago, IL 60614** |
| **Martin Holec**<br>**V & M Homes, LLC**<br>**1732 Mannheim Rd.**<br>**Des Plaines, IL 60018** | **Emil Ebert and Katarina Ebert**<br>**10610 S. 48th Street, #2065**<br>**Phoenix, AZ 85044** |
| **Martin Holec**<br>**V & M Homes, LLC**<br>**1732 Mannheim Rd.**<br>**Des Plaines, IL 60018** | **Vestin Fund III, LLC**<br>**c/o Craig D. Burr, Esq.**<br>**2600 Paseo Verde Pkwy, Suite 150**<br>**Henderson, NV 89014** |
| **Martin Holec**<br>**V & M Homes, LLC**<br>**1732 Mannheim Rd.**<br>**Des Plaines, IL 60018** | **Vestin Realty Mortgage I, Inc.**<br>**c/o Craig D. Burr, Esq.**<br>**2600 Paseo Verde Pkwy, Suite 150**<br>**Henderson, NV 89014** |
| **Martin Holec**<br>**V & M Homes, LLC**<br>**1732 Mannheim Rd.**<br>**Des Plaines, IL 60018** | **Vestin Realty Mortgage II, Inc.**<br>**c/o Craig D. Burr, Esq.**<br>**2600 Paseo Verde Pkwy, Suite 150**<br>**Henderson, NV 89014** |
| **Martin Holec**<br>**V & M Homes, LLC**<br>**1732 Mannheim Rd.**<br>**Des Plaines, IL 60018** | **M&T Mortgage Corp.**<br>**Arizona Region**<br>**5416 E. Baseline Road, Suite 137**<br>**Mesa, AZ 85206** |
| **Martin Holec** | **Home Depot, Tempe AZ**<br>**1330 W. Baseline Rd.**<br>**Tempe, AZ 85283** |

**6**
_____ continuation sheets attached to Schedule of Codebtors

In re      **Vladimir Nahalka,**                                          Case No. _____

      **Joanna Wysocka-Nahalka**

                                                   Debtors                                          ,

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Martin Holec** | **Berens, Kozub, Kloberdanz, Ltd.**<br>**7047 E. Greenway Pkway.**<br>**Suite 140**<br>**Scottsdale, AZ 85254** |
| **Martin Holec** | **Tomas Kleveta**<br>**5430 N. Neva**<br>**Chicago, IL 60656** |
| **Martin Holec** | **RBR Development Services**<br>**11340 E. Monte Ave.**<br>**Mesa, AZ 85212** |
| **Martin Holec** | **RW Harris Contracting**<br>**(Richard Harris)**<br>**953 S. Cardinal St.**<br>**Gilbert, AZ 85296** |
| **Martin Holec** | **Specialized Surfacing Utility**<br>**Paving & Construction LLC**<br>**21257 N. Black Canyon Hwy.**<br>**Tucson, AZ 85743** |
| **Martin Holec** | **Superior Masonry**<br>**PO Box 55150**<br>**Tucson, AZ 85743** |
| **Martin Holec** | **City Wide Contracting, LLC**<br>**813 E. Buckeye Rd.**<br>**Phoenix, AZ 85034** |
| **Martin Holec** | **Alpha Security**<br>**PO Box 341**<br>**Cortaro, AZ 85652** |
| **Martin Holec** | **Sirocco West, Inc.**<br>**8552 N. Dysart Rd.**<br>**El Mirage, AZ 85335** |
| **Martin Holec** | **All-Pro Fence Co., Inc.**<br>**1055 S. Center St.**<br>**Mesa, AZ 85210** |
| **Martin Holec** | **Arizona Whole Sale Supply Co.**<br>**2020 E. University**<br>**Phoenix, AZ 85034** |
| **Martin Holec** | **Griffin Bros.**<br>**PO Box 1521**<br>**Mesa, AZ 85211** |

Sheet   __1__   of   __6__   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Vladimir Nahalka,**                                        Case No. _____

       **Joanna Wysocka-Nahalka**

_____,
                       Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Martin Holec** | **Bank of America**<br>**1961 West Baseline Rd.**<br>**Tempe, AZ 85282** |
| **Martin Holec** | **PSI Engineering**<br>**2720 S. Hardy Drive, Suite 4**<br>**Tempe, AZ 85282** |
| **Martin Holec** | **Boehme Plumbing**<br>**408 S. Hamlton Ct.**<br>**Gilbert, AZ 85233** |
| **Martin Holec** | **Amerifirst Financial, Inc.**<br>**1550 E. Baseline Rd. Suite 117**<br>**Mesa, AZ 85203** |
| **Martin Holec** | **M&T Bank**<br>**5416 E. Baseline Rd. Suite 137**<br>**Mesa, AZ 85206** |
| **Martin Holec** | **Maricopa County**<br>**Check Enforcement Program**<br>**100 West Washington St., Suite 2000**<br>**Phoenix, AZ 85003** |
| **Martin Holec** | **Performance Capital**<br>**3131 Camelback Rd., Suite 211**<br>**Phoenix, AZ 85016** |
| **Martin Holec** | **Standage & Associates, Ltd.**<br>**409 S. El Dorado**<br>**Mesa, AZ 85202** |
| **Martin Holec** | **Marek Radieszewski**<br>**324 S. Chester Ave.**<br>**Park Ridge, IL 60068** |
| **Martin Holec** | **Peggy Driscoll and Family**<br>**c/o James F. Byrne - Byrne & Shaw**<br>**2111 e. Highland Ave.**<br>**Phoenix, AZ 85016** |
| **Martin Holec** | **Bridgeview Bank**<br>**1970 N. Halsted St.**<br>**Chicago, IL 60614** |
| **Martin Holec** | **653 Barry Condo Association**<br>**653 Barry**<br>**Chicago, IL 60614** |
| **Martin Holec** | **Burnham Ltd.**<br>**111 W. Washington**<br>**Chicago, IL 60614** |

Sheet  __2__  of  __6__  continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Vladimir Nahalka,**                                      Case No. _____

          **Joanna Wysocka-Nahalka**

_____,
                     Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Martin Holec** | **JSA Architects**<br>**4001 N. Ravenswood**<br>**Chicago, IL 60613** |
| **Martin Holec** | **651 Barry Condo Association**<br>**651 Barry**<br>**Chicago, IL 60614** |
| **Martin Holec** | **Al Jones**<br>**4933 S. Prairie #4**<br>**Chicago, IL 60647** |
| **Martin Holec** | **American Eagle Bank**<br>**556 Randall Rd.**<br>**South Elgin, IL 60177** |
| **Martin Holec and Natasa Holcova**<br>**V & M Homes, LLC**<br>**1732 Mannheim Rd.**<br>**Des Plaines, IL 60018** | **Meridian Bank, NA**<br>**c/o Quarles & Brady LLP**<br>**Renaissance One - 2 N. Central Ave.**<br>**Phoenix, AZ 85004** |
| **Martin Holec and Natasa Holcova**<br>**V & M Homes, LLC**<br>**1732 Mannheim Rd.**<br>**Des Plaines, IL 60018** | **Meridian Bank, NA**<br>**c/o Quarles & Brady LLP**<br>**Renaissance One - 2 N. Central Ave.**<br>**Phoenix, AZ 85004** |
| **Martin Holec and Natasa Holcova**<br>**V & M Homes, LLC**<br>**1732 Mannheim Rd.**<br>**Des Plaines, IL 60018** | **Citizens Bank & Trust**<br>**c/o Belongia & Shapiro LLP**<br>**53 W. Jackson Blvd., Suite 315**<br>**Chicago, IL 60604** |
| **Martin Holec and Natasa Holcova**<br>**V & M Homes, LLC**<br>**1732 Mannheim Rd.**<br>**Des Plaines, IL 60018** | **Keith Griffin, Inc.**<br>**c/o Davis Miles PLLC**<br>**560 W. Brown Rd., Third Floor**<br>**Mesa, AZ 85211** |
| **Richard Harris & Claudia Harris** | **Meridian Bank, NA**<br>**c/o Quarles & Brady LLP**<br>**Renaissance One - 2 N. Central Ave.**<br>**Phoenix, AZ 85004** |
| **South Prairie Partners, LLC**<br>**Need Address** | **Citizens Bank & Trust**<br>**c/o Belongia & Shapiro LLP**<br>**53 W. Jackson Blvd., Suite 315**<br>**Chicago, IL 60604** |
| **V & M Homes** | **Mountain West Mortgage**<br>**630 Trade Center Drive**<br>**Las Vegas, NV 89119** |
| **V & M Homes** | **City of Phoenix**<br>**200  W. Washington**<br>**Phoenix, AZ 85003** |

Sheet  **3**  of  **6**  continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                 Best Case Bankruptcy

In re   **Vladimir Nahalka,**                                           Case No. _____

        **Joanna Wysocka-Nahalka**

                                         Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **V & M Homes** | **Arizona Department of Revenue**<br>**1600 West Monroe**<br>**Phoenix, AZ 85007** |
| **V & M Homes, Inc.** | **David Quals**<br>**3229 N. Woodburne Drive**<br>**Chandler, AZ 85224** |
| **V & M Mortgage** | **BDA Arizona Investment**<br>**2222 N. Elston Ave.**<br>**Chicago, IL 60614** |
| **Windy City Iron Work, Inc.** | **Jonathan Splitt Architects, LTD**<br>**4001 N. Ravenswood Ave., Suite 601**<br>**Chicago, IL 60613-2576** |
| **Windy City Iron Work, Inc.** | **Architectural Iron Workers Union**<br>**Local No. 63 Welfare Plan**<br>**2525 W. Lexingon**<br>**Broadview, IL 60155** |
| **Windy City Iron Works**<br>**need address** | **American Express**<br>**P.O. Box 360002**<br>**Ft. Lauderdale, FL 33336** |
| **Windy City Iron Works** | **Gatwood Crane Service, Inc.**<br>**2345 East Hamilton Rd.**<br>**Arlington Heights, IL 60005** |
| **Windy City Iron Works** | **Black Diamond Pipe and Tube, Inc.**<br>**PO Box 113**<br>**Monee, IL 60449-0113** |
| **Windy City Iron Works** | **Broderick Teaming Company**<br>**3927 South Halsted Steet**<br>**Chicago, IL 60609** |
| **Windy City Iron Works** | **Carbit Paint Co.**<br>**927 West Blackhawk Street**<br>**Chicago, IL 60622-2519** |
| **Windy City Iron Works** | **Chicago Abrasive Co.**<br>**1130 S. Michigan Ave., #2815**<br>**Chicago, IL 60605** |
| **Windy City Iron Works** | **Cresent City Iron Suppy, Inc.**<br>**2033 North 17th Avenue**<br>**Melrose Park, IL 60160** |
| **Windy City Iron Works**<br>**need address** | **Crown Steel Sales, Inc.**<br>**3355 West 31st**<br>**Chicago, IL 60623-5080** |

Sheet   **4**   of   **6**   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re     **Vladimir Nahalka,**                   Case No. _____

         **Joanna Wysocka-Nahalka**

                                          Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Windy City Iron Works**<br>**need address** | **Eberl Iron Works**<br>**128 Sycamore Street**<br>**Buffalo, NY 14204-1492** |
| **Windy City Iron Works**<br>**need address** | **Fenway Wire Cloth, Inc.**<br>**PO Box 313**<br>**High Ridge, MO 63049** |
| **Windy City Iron Works**<br>**need address** | **W.W. Grainger**<br>**2221 N. Elston Ave.**<br>**Chicago, IL 60614** |
| **Windy City Iron Works**<br>**need address** | **Hessville Cable and Sling Co.**<br>**1601 Cline Ave.**<br>**Gary, IN 46406** |
| **Windy City Iron Works** | **Joseph T. Ryerson & Son, Inc.**<br>**33959 Treasury Center**<br>**Chicago, IL 60694-3900** |
| **Windy City Iron Works** | **Livingstone Pipe and Tube, Inc.**<br>**PO Box 300**<br>**Staunton, IL 62088** |
| **Windy City Iron Works** | **NES Rentals**<br>**PO Box 8500-1226**<br>**Philadelphia, PA 19178-1226** |
| **Windy City Iron Works** | **Roll and Roll Metal Fabricators**<br>**4800 South Hoyne**<br>**Chicago, IL 60609** |
| **Windy City Iron Works** | **Sandoval Fences Iron Work**<br>**1814 N. Latrobe**<br>**Chicago, IL 60639** |
| **Windy City Iron Works** | **Sherwin Williams Co.**<br>**1150 West Jackson Blvd.**<br>**Chicago, IL 60607-2906** |
| **Windy City Iron Works** | **Specified Plating Company**<br>**PO Box 123**<br>**Des Plaines, IL 60016-2906** |
| **Windy City Iron Works** | **Steel Sales and Services Inc.**<br>**4407 Railroad Avenue**<br>**East Chicago, IN 46312** |
| **Windy City Iron Works** | **Stevenson Crane Service**<br>**410 Stevenson Drive**<br>**Bolingbrook, IL 60440** |

Sheet  **5**  of  **6**  continuation sheets attached to the Schedule of Codebtors

In re   **Vladimir Nahalka,**                                              Case No. _____
    **Joanna Wysocka-Nahalka**

_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Windy City Iron Works** | **United Rentals**<br>**225 South Fairbanks Street**<br>**Addison, IL 60101-3121** |

Sheet __6__ of __6__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

.

651 Barry Condo Association
651 Barry
Chicago, IL 60614


653 Barry Condo Association
653 Barry
Chicago, IL 60614


653 Barry Partners LLC


653 Barry Partnerss LLC


Advanced Radiology Consultants
520 E. 22nd ST.
Lombard, IL 60148


Advocate Lutheran
c/o Harris & Harris
600 W. Jackson, Suite 400
Chicago, IL 60661


Al Jones
4933 S. Prairie #4
Chicago, IL 60647


Alaina Rinne
622 E. Dekalb Lane
Phoenix, AZ 85040


All-Pro Fence Co., Inc.
1055 S. Center St.
Mesa, AZ 85210


Alpha Security
PO Box 341
Cortaro, AZ 85652


American Eagle Bank
556 Randall Rd.
South Elgin, IL 60177

American Express
P.O. Box 360002
Ft. Lauderdale, FL 33336


American Express
P.O. Box 360002
Ft. Lauderdale, FL 33336-0002


American Express
c/o GC Services Limited Ptnship
PO Box 47500 (047)
Jacksonville, FL 32247


American Express
c/o GC Services Ltd. Ptnship.
PO Box 46960 (066)
Saint Louis, MO 63146


American Express
c/o Zwicker & Associates PC
80 Minutesman Road
Andover, MA 01810-1031


American Express
c/o Zwicker & Associates
80 Minuteman Road
Andover, MA 01810-1031


Amerifirst Financial, Inc.
1550 E. Baseline Rd. Suite 117
Mesa, AZ 85203


Ameriquest
PO Box 21460
Tulsa, OK 74121-1460


Architectural Iron Workers Union
Local No. 63 Welfare Plan
2525 W. Lexingon
Broadview, IL 60155


Arizona Department of Revenue
1600 West Monroe
Phoenix, AZ 85007

Arizona Whole Sale Supply Co.
2020 E. University
Phoenix, AZ 85034


Arizona Wholesale Supply Co.
c/o Buchalter, Nemer
16435 N. Scottsdale, Rd., Suite 440
Scottsdale, AZ 85254


Athletico Ltd.
Attn Collections
625 Enterprise Dr.
Oak Brook, IL 60523


Athletico Ltd.
Attn. Collections
625 Enterprise Dr.
Oak Brook, IL 60523


Bank of America
1961 West Baseline Rd.
Tempe, AZ 85282


Bank of America
P.O. Box 650260
Dallas, TX 75265


BDA Arizona Investment
2222 N. Elston Ave.
Chicago, IL 60614


Beneficial Finance
PO Box 17574
Baltimore, MD 21297


Beneficial Finance
c/o CCB Credit Services, Inc.
PO Box 272
Springfield, IL 62705-0272


Berens, Kozub, Kloberdanz, Ltd.
7047 E. Greenway Pkway.
Suite 140
Scottsdale, AZ 85254

Best Buy Retail Services
PO Box 17298
Baltimore, MD 21297-1298

Black Diamond Pipe and Tube, Inc.
PO Box 113
Monee, IL 60449-0113

BMW Financial Services
PO Box 3608
Dublin, OH 43016

Boehme Plumbing
408 S. Hamlton Ct.
Gilbert, AZ 85233

Bridgeview Bank
1970 N. Halsted St.
Chicago, IL 60614

Bridgeview Bank Group
7940 S. Harlem Ave.
Bridgeview, IL 60456

Broderick Teaming Company
3927 South Halsted Steet
Chicago, IL 60609

Burnham Ltd.
111 W. Washington
Chicago, IL 60614

Carbit Paint Co.
927 West Blackhawk Street
Chicago, IL 60622-2519

Carson Pirie Scott
PO Box 17264
Baltimore, MD 21297-1264

Center of Balance PC
6445 N. Central Ave., Fl. 1
Chicago, IL 60646

Chase
Cardmember Service
PO Box 15153
Wilmington, DE 19886-5153


Chase Manhattan
PO Box 1335
Buffalo, NY 14240


Chase Manhattan Bank
c/o Creditors Interchange
PO Box 1335
Buffalo, NY 14240-1335


Chicago Abrasive Co.
1130 S. Michigan Ave., #2815
Chicago, IL 60605


CitiFinancial
c/o Richard A. Snow, Atty. at Law
123 W. Madison St., Suite 310
Chicago, IL 60602


CitiFinancial
6500 Iriving Park Road, #H
Chicago, IL 60634-2454


Citizens Bank & Trust
c/o Belongia & Shapiro LLP
53 W. Jackson Blvd., Suite 315
Chicago, IL 60604


City of Phoenix
200 W. Washington
Phoenix, AZ 85003


City Wide Contracting, LLC
813 E. Buckeye Rd.
Phoenix, AZ 85034


Cook County Treasurer
P.O. Box 4468
Carol Stream, IL 60197-4468

Cresent City Iron Suppy, Inc.
2033 North 17th Avenue
Melrose Park, IL 60160


Crown Steel Sales, Inc.
3355 West 31st
Chicago, IL 60623-5080


D&M Engineering
1833 W. Main St., Suite 141
Mesa, AZ 85201


David Quals
3229 N. Woodburne Drive
Chandler, AZ 85224


Discover Card
PO Box 30395
Salt Lake City, UT 84130-0395


Eberl Iron Works
128 Sycamore Street
Buffalo, NY 14204-1492


Emil Ebert and Katarina Ebert
10610 S. 48th Street, #2065
Phoenix, AZ 85044


Fenway Wire Cloth, Inc.
PO Box 313
High Ridge, MO 63049


Foxworth-Galbraith Lumber Co.
PO Box 4085
Mesa, AZ 85211


Gatwood Crane Service, Inc.
2345 East Hamilton Rd.
Arlington Heights, IL 60005


GMAC Mortgage
3451 Hammond Ave.
PO Box 780
Waterloo, IA 50704

Griffin Bros.
PO Box 1521
Mesa, AZ 85211


Hessville Cable and Sling Co.
1601 Cline Ave.
Gary, IN 46406


HFC
PO Box 17574
Baltimore, MD 21297-1574


Home Depot, Tempe AZ
1330 W. Baseline Rd.
Tempe, AZ 85283


HSBC Bank Nevada
Corporate Recievables Inc.
PO Box 32995
Phoenix, AZ 85064


HSBC Card Service
PO Box 17313
Baltimore, MD 21297-1313


HSBC Card Services
PO Box 17051
Baltimore, MD 21297-1051


IL Bone and Joint Institute
5057 Paysphere Circle
Chicago, IL 60674


Jeffrey Singer
1927 N. Winchester
Chicago, IL 60622


JMK Investments Ltd.
630 Trade Center Drive
Las Vegas, NV 89119


Jonathan Splitt Architects, LTD
4001 N. Ravenswood Ave., Suite 601
Chicago, IL 60613-2576

Joseph T. Ryerson & Son, Inc.
33959 Treasury Center
Chicago, IL 60694-3900


JSA Architects
4001 N. Ravenswood
Chicago, IL 60613


Keith Griffin, Inc.
c/o Davis Miles PLLC
560 W. Brown Rd., Third Floor
Mesa, AZ 85211


Kutlesa & Hernandez Architects
1601 S. State St.
Chicago, IL 60616


LaSalle National Bank
Dept. 8700
135 S. LaSalle St.
Chicago, IL 60674


Livingstone Pipe and Tube, Inc.
PO Box 300
Staunton, IL 62088


M&T Bank
5416 E. Baseline Rd. Suite 137
Mesa, AZ 85206


M&T Mortgage Corp.
Arizona Region
5416 E. Baseline Road, Suite 137
Mesa, AZ 85206


Marek Radieszewski
324 S. Chester Ave.
Park Ridge, IL 60068


Maricopa County
Check Enforcement Program
100 West Washington St., Suite 2000
Phoenix, AZ 85003

Martin Holec
V & M Homes, LLC
1732 Mannheim Rd.
Des Plaines, IL 60018


Martin Holec


Martin Holec and Natasa Holcova
V & M Homes, LLC
1732 Mannheim Rd.
Des Plaines, IL 60018


MB Financial Bank, NA
936 N. Western Ave.
Chicago, IL 60622


McNichols Co.
PO Box 101211
Atlanta, GA 30392-1211


McNichols Company
PO Box 30300
Tampa, FL 33630


Meridian Bank, NA
c/o Quarles & Brady LLP
Renaissance One - 2 N. Central Ave.
Phoenix, AZ 85004


Mountain West Mortgage
630 Trade Center Drive
Las Vegas, NV 89119


NES Rentals
PO Box 8500-1226
Philadelphia, PA 19178-1226


Nordstrom Bank FSB Colorado Sv. Ctr
PO Box 6566
Englewood, CO 80155-6566

Northwestern Medical Faulty Found.
c/o ISC
PO Box 1010
Tinley Park, IL 60477-9110


Northwestern Memorial Hospital
PO Box 73690
Chicago, IL 60673-7690


Old Navy
PO Box 530942
Atlanta, GA 30353-0942


Pearl Development, NV
Concord Servicing Corp
PO Box 29352
Phoenix, AZ 85038


Peggy Driscoll and Family
c/o James F. Byrne - Byrne & Shaw
2111 e. Highland Ave.
Phoenix, AZ 85016


Performance Capital
3131 Camelback Rd., Suite 211
Phoenix, AZ 85016


PSI Engineering
2720 S. Hardy Drive, Suite 4
Tempe, AZ 85282


Puget Sound Leasing, Inc.
c/o Schweet, Rieke & Linde PLLC
2955 - 80th Ave. SE, Suite 120
Mercer Island, WA 98040


RBR Development Services
11340 E. Monte Ave.
Mesa, AZ 85212


Richard Harris & Claudia Harris

Roll and Roll Metal Fabricators
4800 South Hoyne
Chicago, IL 60609


RW Harris Contracting
(Richard Harris)
953 S. Cardinal St.
Gilbert, AZ 85296


Sandoval Fences Corp.
1814 N. Latrobe
Chicago, IL 60639


Sandoval Fences Iron Work
1814 N. Latrobe
Chicago, IL 60639


Sears
PO Box 183082
Columbus, OH 43218-3082


Sherwin Williams Co.
1150 West Jackson Blvd.
Chicago, IL 60607-2906


Sirocco West, Inc.
8552 N. Dysart Rd.
El Mirage, AZ 85335


South Prairie Partners, LLC
Need Address


Specialized Surfacing Utility
Paving & Construction LLC
21257 N. Black Canyon Hwy.
Tucson, AZ 85743


Specified Plating Company
PO Box 123
Des Plaines, IL 60016-2906


Standage & Associates, Ltd.
409 S. El Dorado
Mesa, AZ 85202

Steel Sales and Services Inc.
4407 Railroad Avenue
East Chicago, IN 46312


Stevenson Crane Service
410 Stevenson Drive
Bolingbrook, IL 60440


Structural Iron Workers Local Union
c/o Hogan Marran
180 N. Wacker Drive, Suite 600
Chicago, IL 60606


Superior Masonry
PO Box 55150
Tucson, AZ 85743


Target National Bank
P.O. Box 59317
Minneapolis, MN 55459


Tomas Kleveta
5430 N. Neva
Chicago, IL 60656


United Mileage Plus
PO Box 15298
Wilmington, DE 19850-5298


United Rentals
225 South Fairbanks Street
Addison, IL 60101-3121


V & M Homes


V & M Homes, Inc.


V & M Mortgage

Vestin Fund III, LLC
c/o Craig D. Burr, Esq.
2600 Paseo Verde Pkwy, Suite 150
Henderson, NV 89014


Vestin Realty Mortgage I, Inc.
c/o Craig D. Burr, Esq.
2600 Paseo Verde Pkwy, Suite 150
Henderson, NV 89014


Vestin Realty Mortgage II, Inc.
c/o Craig D. Burr, Esq.
2600 Paseo Verde Pkwy, Suite 150
Henderson, NV 89014


Villanueva & Company
3707 North 7th Street, Suite 125
Phoenix, AZ 85014


W.W. Grainger
2221 N. Elston Ave.
Chicago, IL 60614


Washingon Mutual
PO Box 660487
Dallas, TX 75266-0487


Washington Mutual
c/o IC System Inc.
444 Highway 96 East
Saint Paul, MN 55164-0887


Windy City Iron Work, Inc.


Windy City Iron Works
need address


Windy City Iron Works